01-15- 51-CV

COURT OF APPEALS

NINTH DISTRICT

STATE OF TEXAS

IN STYLE: POWERS V MICHAELS HOUSE

Appeal originated in the Justice Court Pct# 1

in Montgomery County, Texas

the <Honorable Wayne Mack presiding

Docket # 0009519 JC July 10, 2014

FILED IN
1ST COURT ⬦PPEALS
HOU⬦ ⬦⬦S

JAN 1 6 2015

CHRISTOᵖᴴᵉᴿ A. PRINE

CLERK _____

## APPEAL

Appellant and plaintiff in this matter PATRICIA POWERS, appeals the JUDGMENT of Justice Wayne Mack dated July 10, 2014.

Errors: 1-Justice Mack interrupted the plaintiff and shook his head to indicate NO. Justice Mack refused to allow the plaintiff to present the case.

2-Justice Mack refused to read, note or scan the rental agreement/contract.

3-Justice Mack refused to read, scan or note the text messages.

4-Justice Mack allowed the defendents to offer fraudulent testimony that was challenged by the rental agreement, text messages and police reports.

5-Justice Mack allowed and supported a hostile court and allowed his court clerk Brandy to order the plaintiff to " hire a attorney" and "you have not perfected your appeal".

On or about December 5, 2014, the plaintiff/appellant received a text message from the defendant Carol Perry Rosenbaum 936-524-1188 @ 12:07 pm and the text stated: "we won in court today YEA!!!"

Response from POWERS "whooo???"

"we won in court b 4 cause CORLEY(defense attorney)called in a favor"

Response "what did that cost Bill"

12:31 pm "nothing our lawyer is my cousin HA HA HA HA ".

RECEIVED
JAN 1 4 2015
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

Phone call was placed at that time to POWERS and message left on recorder and saved: "Patricia I saw that you called me-I don't' no what you wanted-but I m going to ask you not to call again-thank you very much".

POWERS states and swears that she did not call Carol Perry Rosenbaum. Report called to Duane Corley, Defense attorney in which the appellant/plaintiff POWERS seeks a restraining order against MICHAELS HOUSE AND ALL RESIDENTS, report was made to the Commission of Judicial Conduct and the Texas Bar Association. Carol Perry Rosenbaum is a self confessed cocaine addict and alcoholic, she has destroyed her brain and is violent. The owner of Michaels House has a room full of guns.

Respectfully submitted

Patricia Powers

General Delivery

Conroe, Texas 77305

936-777-1887

936-439-4273

TEXT MESSAGES FROM CAROL PERRY ROSENBAUM AT 936-524-1188 TO PATRICIA ANN POWERS, THE PLAINTIFF AT 936-777-1887 IMMEDIATELY POST EVICTION

12-28-13 U just left my house. I just callf the sheriff dept they r on they re way here! I am filing theft charges on u 4 the key plus u have a firearm and i am having a peace bond put on u! ura lieing bitch!

12-28-13 We pulled a background check on u this morning. U R A felon. Sheriff knows this now. The key will not do u any good. Locksmith is on its way. U dug u r own grave now lay down in it. U will never hear from me again! I tried to 2 help u ! U R mentally ill! Get some help! U need it.

12-28-13 A warrant 4 theft 4 the key has been placed on u.I gave them u r license plate number plus if i ever c u again i will have u arrested. U R A theif now Patricia. Patricia the thief and felon. U stay away from us and our home! I c now why u r homeless U R crazy!

2:49 p, Remdmber we know where u stay. We wiihunt you down. U will b arrested!

12-28-13 The locksmith bill is 175 dollars. I am suing u4 the bill and you will pay!!! Also i left the law know about u r drug problem. Abusing narcotics and the fact that u r a drunk!

3:05 pm Domt ever contact me again! U have heard the last from me C U in the court theif!

On more thing u have reported as armed and dangerous! U R mentally ill a danger 2 u r self and other. I am going to 2 c that u r gun is taken away. I am sure that u r in illegal possession of that gun and have already reported it 2 the deputy.

4:55 pm U R entire body is full of demons. U need 2 find jesus! Do it now r i promise u will go 2 hell. U R A demon!!!

1-2-14 9:09 am There is a no trespassing sign on the gate. U R not 2 step foot on this property for any reason what so ever. Plz leave us alone.

1-3-14 No 1 evicted u. U could have stayed until the 4th. U Y moved out on u r own accord and stole our key. The locksmith cost163.50. We owe u nothing. When u signed lease made everything leagal. No eiligal eviction on our part.

1-3-14 2:47 pm Plz do not call bill r i again. U R calls r not

welcome and will be ignored from here on out! Plz leave us alone!

1-5-14 Please quit sending U R stupid letters 2 bill saying that i evicted u. That is not true! U moved out on u r own accord without giving notice and purposely stole our house key! Bill was a witness. Also I never told any one u stole a gun! Which is true U lie and u r mentally ill. U need some help! U need it ! Again leave us alone!

1-5-14 U R messages cant b adapted 2 my terminal so i dont know what you are saying thank god! Text bill instead if u have something 2 way Plz leave me alone!

1-6-14 U called me at 1am twice last nite and woke me up.I have asked u several times 2 please leave us alone.Next time I will go to the police! I suggest u go and have a mental evaluation dond. Patricia u have mental issues. I pray u will do that. I pray for u everyday. I am a christian. Again please leave us alone! We wish you no harm!



UNITED STATES POSTAGE

PITNEY BOWES

$ 000.90⁰
JAN 15 2015

02 1P
0003159994
MAILED FROM ZIP CODE 77701

Ninth Court of Appeals
1001 Pearl St., Suite 330
Beaumont, TX 77701

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE

CLERK

Clerk of the Court
1st Court of Appeals
301 Fannin
Houston, TX 77002